IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CRIMINAL NO. 4:23-CR-00243-ALM-AGD-1 |
| v. | § | |
| | § | |
| LASHONDA MOORE (1) | § § | |
| | § | |

### DEFENDANT LASHONDA MOORE'S
### AMENDED JOINT MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

### I.   PROCEDURAL BACKGROUND

1. Defendant's Plea Agreement is due on January 13, 2025, by 4:00 PM. Additionally, Defendant's Final Pretrial Conference is set on February 3, 2025 at 9:00 AM.

2. Counsel requests a continuance to May or June 2025, and in support thereof, provides the following;

3. Counsel has been in communication with Assistant United States Attorney, Theodore M. Kneller, whose position is as follows: "The government is prepared to go to trial on February 3, 2025. However, if the Court is inclined to grant defendant's motion to continue, the government is opposed to any continuance beyond June 2, 2025."

4. On December 10, 2024, defense counsel was informed that the government's "most recent discovery production" would be arriving via Federal Express. As of the filing of this Motion defense counsel has not received that discovery.

---

## II.   ARGUMENT

### *EXTRAORDINARY CIRCUMSTANCES*

Darlina Crowder (Counsel) is lead trial counsel in this Cause.  Counsel was hospitalized late on October 16, 2024, following repeated chest pains. Counsel was diagnosed with two pulmonary embolisms (blood clots) in her right lung and was admitted to Baylor Scott & White the Heart Hospital – Plano, Texas. Counsel was reevaluated on October 23, 2024, due to a syncopal episode, and is currently undergoing treatment for pain management and her ongoing medical condition. Lead Counsel has been discharged from the hospital and will be undergoing treatment for the next three months with a blood specialist at Baylor Scott & White the Heart Hospital – Plano, Texas. Lead Counsel has not been able to review the voluminous evidence in its entirety due to her recovering from her medical condition.  The evidence in this case is voluminous.

Additionally, defense counsel seeks adequate time to review and evaluate discovery anticipated to arrive this week.

Codefendant Marlon Moore, through counsel, the Honorable Ron Uselton, joins in this motion, as evidenced by his signature below.

## III.   CONCLUSION

Counsel believes that a continuance of the trial setting will provide the additional time necessary to meet with the AUSA to discuss this matter and review the proposed plea agreement with Ms. Moore. This motion is not made for the purposes of delay, but that justice may be done.

---

WHEREFORE, PREMISES CONSIDERED, Defendant Lashonda Moore prays that the

Court enter its order continuing this cause until some future date, or, in the alternative, sets this

motion for hearing.

Agreed to by:

Ron Uselton

Respectfully submitted,

THE CROWDER LAW FIRM, P.C.

By:/s/ **Darlina C. Crowder**
      **Darlina C. Crowder**
      *Lead Counsel*
      State Bar No. 24009825
      **Michael Hawk**
      *Senior Associate Attorney*
      State Bar No. 00793918
      **Laura Andrade**
      *Senior Associate Attorney*
      State Bar No. 24089966
      **J. Bailey McShane IV**
      *Senior Associate Attorney*
      State Bar No. 24104388
      **Patrick McGuire**
      *Associate Attorney*
      State Bar No. 24117502
      **Tyler Richied**
      *Associate Attorney*
      State Bar No. 24115777
      7950 Legacy Drive Suite 360
      Plano, Texas 75024
      Tel: (214) 544-0061
      Fax: (214) 544-8601
      Defenseteam@crowdercriminalfirm.com
      **Attorneys for Lashonda Moore**

## CERTIFICATE OF SERVICE

DARLINA C. CROWDER, certifies as follows:

I am a citizen of the United States of America, over the age of 18 years, and competent to be a witness herein. I hereby certify that on this day, I electronically filed the foregoing MOTION FOR CONTINUANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Theodore M. Kneller
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005

Sean Jeffrey Taylor
US Attorney's Office - Sherman
600 East Taylor, Suite 2000
Sherman, TX 75090

I certify under penalty of perjury of the laws of the State of Texas that the foregoing is true and correct.

/s/ **Darlina C. Crowder**
**Darlina C. Crowder**

## CERTIFICATE OF CONFERENCE

I hereby certify my office communicated with Assistant United States Attorney, Theodore M. Kneller, whose position is as follows: "The government is prepared to go to trial on February 3, 2025. However, if the Court is inclined to grant defendant's motion to continue, the government is opposed to any continuance beyond June 2, 2025."

/s/ **Darlina C. Crowder**
**Darlina C. Crowder**