From:  Marlon and Lashonda, et al agent for: Marlon Moore and Lashonda Moore

Date: 10th Day of March, 2025

c/o 8811 Teel Pkwy #5063
Frisco, Texas [75035]

**Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal**

**Re:** Civil 471-03088-2021 and/or 4:2021cv00518-KGB and criminal 4:23-CR-243 and/or 4:23-CR-243-ALM-AGD relating to matters in the United States District Court Eastern District of Arkansas Central Division and United States District Court for the Eastern District of Texas as to 471th Judicial District, and the Federal Trade Commission.
Unlawful probations, claims, notices, indictments, and liens against our estates and demanding immediate restoration of all entities relating to the estate. In addition, private settlement enclosure is due to violations under a color of law. An immediate reversal of all claims immediately upon receipt.

(www.usps.com) Tracking # 7020 1290 0000 5624 1182
CC: Nelson Jane (no comma)
    Office of Secretary of Texas State
    It's officers, agents, assignees, successors et al
    C/O 1019 Brazos St
    Austin, Texas 78701

Please be advised, that this is proper notice and demand as to reserved rights
and rescission of any and all judicial contracts supported by affidavit, which
has been executed and witness by an independent notary public and who has
a bond and oath on file within a secretary of state. In addition, agent has filed an incident
report with the city.

Please be advised, this is notice and demand as to rescission of contract as to
all parties known and unknown, et al. and immediately place all parties back
to their original positions as to their individual rights and obligations under the
above referenced contract which now no longer exists. In addition all violators
of this rescission will be in full agreement to any and all claims against their
individual and their persons and estate.

Please be advised, that this rescission by affidavit will show all reserved rights
as to an agent, agent entities (corporations, companies, llc's, estates and
trusts). In addition, a new affidavit will be provided that confirms each violator
as to damages relating to each individual and their individual properties and
estate(s).

**Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal**

Please be advised, that this agent, is a live living blood person, an american who is the responsible party for all entities created from the agent's estate. I, me, we Agent do not agree with other agents operating under deceptive trade practices with a bias and unfair contract under a color of law, who are operating and administering securities without my knowledge and without my consent for unlawful enrichment. In addition I, me, we agent do not agree to consent to these violations under contract as to contract law without a full disclosure. I, me, we agent do not consent to any contract without full disclosure. Please be advised, that agent rescission automatically voids all wet and affixed signatures relating to the above-referenced contract and any associated contracts, due to duress, fraud, misrepresentation, etc. In addition, neither agent nor agent entity is a private member of any unincorporated association nor an officer and employee as to the judiciary system. Also, this rescission by affidavit is given in good faith for the liberty, freedom, and peace for all and is without discrimination for the protection of all parties known and unknown, et al. who participated directly and/or indirectly as to this unlawful contract.

Please be advised, that I, me, we agent and its entities have appointed another agent for the enforcement and protection of my individual blood body and for my estate as to my related entities.

Please be advised, that I, me, we agent reserve all rights to protect my estate and to enact the duties and hold accountable the trustees and their fiduciaries as to the sole-beneficiary and shareholder.

Please be advised, that I, me, we agent have been informed that some parties have been identified as violators as to title 28 immunity as to the USC under title 18 section 241 and section 242 as to a color of law. In addition this is why this rescission by affidavit is proper to protect all parties who participated as to the above referenced contract.

Please be advised, that I, me, we agent respectfully request and demand that the above referenced clerk contact all interested parties known and unknown, et al. immediately upon receipt of this notice and demand supported by the rescission affidavit. The notice is being given and served due to all rights reserved which is now my, et al copyright by registered mail (www.usps.com) tracking number 70210350000101771612 . I have deposited All Rights Reserved within the United States Postal Service. These are the additional tracking numbers for lookup and review: 70201290000056241212, 70210350000101771629, 70210350000101771643 In addition, the clerk is directed to provide a copy directly to the minutes of the courts as sworn evidence. I, me, we agent will now be the holder in due course as to the originals for due process for resolution and

**Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal**

private settlement and closure. Also a notice may be respectfully served on the President of the United States, who is the Commander-in-Chief of the armed forces et al. (who has been empowered by we the people), as to property of estates.

Please be advised, that all other acts and or actions outside of this notice and supported rescission affidavit will be resolved by resolution for private settlement and closure.

Please be advised, that all violators must produce their full individual name, social security numbers, and date of birth for claims against their individual estate and counter affidavit witnessed in the presence of a notary.

Please be advised, I me, we agent for Marlon Moore and Lashonda Moore, et al seek verification the particulars of the lien and claim against the estate of Marlon Moore and Lashonda Moore claim is verified, validated as to the u.s. treasury department and require the following from the claimants in addition to their full name, social security number and date of birth,  Certified True Bill showing the exact amount I am supposed to owe to the duly Constituted united States government; and An itemized statement of account showing all goods and/or services delivered to me by said entity upon my request or demand; and, A Certified True Copy of the valid, binding and subsisting Instrument or Contract bearing the wet signature which authorizes this or any related collection activity; and A Certified True Copy of the Article VI Oath of Fidelity for each individual in your organization who is involved with this collection activity (as required by law); and The policy number and name and address of the underwriter of your Bond(s) that insurer said individuals; and Positive Identification of all real parties of interest to any valid Instrument or Contract which authorizes this collection activity, including all holders in due course of the Instrument.

Affidavit that has been witnessed and executed by an independent notary sitting in and for the state of Texas and for the peace and liberty and freedom for all without discrimination.

Please be advised, Agent is responsible for the housing and care and wellbeing as to the live living breeding body and who has supported all real claim of real value of the beneficiary and shareholder.  Please be advised, that I, me, we agent will make a complaint with every agency and go to the ends of the earth and to the fullest extent possible if anything unlawful claims continues to cause undue stress and any related liens as to the live living body and soul which continues to transpire from fraud, misrepresentation and discrimination.

All agents, I thank you in advance for your immediate attention and enforcement.

By: Marlon and Lashonda as to agent, American et al

**Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal**

Holder in Due Course

(www.usps.com) Tracking # 7020 1290 0000 5624 1199
CC: Ken Paxton (no comma)
Office of Attorney General
It's officers, agents, assignees, successors et al
c/o 300 W. 15th Street
Austin, Texas 78701


(www.usps.com) Tracking # 7020 1290 0000 5624 1205
CC:     Michael Goud  (no comma)
Office of the Collin County District Clerk/judicial, et al
Its officers, agents, assignees, and successors et al
c/o 2100 Bloomdale Rd Suite 12132
McKinney, TX 75071

(www.usps.com) Tracking # 7020 1290 0000 5624 1236
To:     O'Toole David (no comma)
United States District Clerk
Its agents, assignees, associate, and successors et al
Paul Brown United States Courthouse
c/o 101 East Pecan Street Room 216
Sherman, Texas 75090

(www.usps.com) Tracking # 7020 1290 0000 5624 1243
To:     Saffles Andrew (no comma)
United States Probation and Pretrial Services
Its agents, assignees, associate, and successors et al
Paul Brown United States Courthouse
c/o 200 North Travis Street
Sherman, Texas 75090

(www.usps.com) Tracking # 7020 1290 0000 5624 1250
To:  Bondi Pam (no comma)
Office of United States Attorney General
Its agents, assignees, associate, and successors et al
Office of the Attorney General
c/o 400 6th Street, NW,
Washington, DC 20001


**Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal**