# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

UNITED STATES OF AMERICA

VS.                                                      CAUSE NO. 4:23cr243

MARLON MOORE

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**RONALD W. USELTON,** Counsel for Defendant herein moves this Court to allow his withdrawal as counsel of record for the following reasons:

1. Defendant Marlon Moore has indicated that he refuses to communicate with the undersigned and that any attempt to contact him will result in his seeking criminal and civil penalties. Further, Defendant has indicated that he wishes the undersigned to withdraw as counsel and provide no further legal representation;

2. Counsel cannot effectively represent Marlon Moore under these circumstances;

3. Marlon Moore has entered a plea of guilty herein and the PSI interview has not yet occurred. Therefore, counsel's withdrawal will not prejudice Defendant's case.

WHEREFORE, Counsel requests the Court to allow him to withdraw as attorney of record.

**RONALD W. USELTON**

/s/ Ronald W. Uselton

Bar No. 20415775

402 W. Lamar, Ste 101

Sherman, Texas 75090

(903)893-9624

useltonatty@gmail.com

## **CERTIFICATE OF CONFERENCE**

This is to certify that the undersigned contacted USAA Theodore Kneller and Sean Taylor this 16th day of March, 2025, and they take no position in this matter..

/s/ Ronald W. Uselton

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record were served with a copy of the motion on the 17th day of March, 2025, by electronic filing.

/s/ Ronald W. Uselton