# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO. 4:23-CR-00243-ALM-AGD-1 |
| v. | § § | |
| LASHONDA MOORE (1) | § § § | |

## DEFENDANT LASHONDA MOORE'S
## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

TO THE HONORABLE AMOS L. MAZZANT, III.:

The Defendant in the above styled and numbered cause, respectfully moves the Court for an order permitting Darlina C. Crowder and Michael Hawk to withdraw as attorney of record. In support of this motion, they would show the Court as follows:

## I.

The Defendant has requested counsel to withdraw, making it impossible for counsel to represent the interests of the Defendant.

Further, Defendant has informed Counsel via email: "*I have already filed a formal complaint with the State Bar of Texas as well as the State Commission of Judicial Conduct regarding this matter.*

*FINAL DECLARATION: THIS NOTICE IS NON-NEGOTIABLE*

- *I will not accept any further communication from you.*
- *I do not consent to any unauthorized representation.*
- *Any violation of this notice will be met with immediate legal action.*"

The Defendant has entered a plea of guilty herein and the PSR interview has not taken place, therefore, she will not be prejudiced if counsel is permitted to withdraw.

The Defendant can receive all further pleadings and correspondence at the following address:

> Lashonda Moore
> 3605 Harvest Ln
> Frisco, TX 75034
> Phone: (469) 343-7403

Counsel for the Defendant conferred with Assistant United States Attorney, Thoedore M. Kneller, about this motion on March 18, 2025. The government is taking no position to this motion.

Darlina C. Crowder and Michael Hawk respectfully request that this motion be granted in its entirety.

Respectfully submitted,

**THE CROWDER LAW FIRM, P.C.**

_____

**Darlina C. Crowder**
*Lead Counsel*
State Bar No. 24009825
**Michael Hawk**
*Senior Associate Attorney*
State Bar No. 00793918
**J. Bailey McShane IV**
*Senior Associate Attorney*
State Bar No. 24104388
**Patrick McGuire**
*Associate Attorney*
State Bar No. 24117502
**Tyler Richied**
*Associate Attorney*
State Bar No. 24115777
7950 Legacy Suite #360
Plano, Texas 75024
Tel: (214) 544-0061
Fax: (214) 544-8601
defenseteam@Crowdercriminalfirm.com
**Attorneys for Lashonda Moore**

## CERTIFICATE OF SERVICE

Michael Hawk, certifies as follows:

I am a citizen of the United States of America, over the age of 18 years, and competent to be a witness herein. I hereby certify that on this day, I electronically filed the foregoing MOTION TO ALLOW WITHDRAWAL OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Theodore M. Kneller
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005

Sean Jeffrey Taylor
US Attorney's Office - Sherman
600 East Taylor, Suite 2000
Sherman, TX 75090

I certify under penalty of perjury of the laws of the State of Texas that the foregoing is true and correct.

_____
**Darlina C. Crowder**

## CERTIFICATE OF CONFERENCE

I hereby certify that my office communicated electronically with Assistant USA Attorney Sean Jeffrey Taylor and Theodore M. Kneller, and they are taking no position to this motion.

_____
**Darlina C. Crowder**