**In the United States District Court for
the Eastern District of Texas
Sherman Division**

United States of America                                    Cause No. 4:23CR243

v

Marlon Moore

### Motion to Appoint Co-Standby Counsel

This matter is presently set for a hearing on December 8, 2025 to conduct a renewed *Faretta* Hearing and a plea offer inquiry pursuant to *Missouri v. Frye*, 566 U.S. 134 (2012). Kyle Therrian is appointed as standby counsel for Marlon Moore, who has been representing himself pro se after this Court conducted an initial *Faretta* hearing on April 2, 2025.

Kyle Therrian is unavailable for this hearing. Kyle Therrian is a member of the State Bar Planning Committee for the 2026 Advanced Criminal Law seminar, and this committee is meeting in Austin on December 7, 2025 and December 8, 2025.

Aubrey Noonan is an attorney at Kyle Therrian's law firm and a member of the CJA panel. She is generally aware of the facts of this case and its procedural posture. She has sufficient knowledge to serve temporarily as standby counsel for the two inquiries the Court will conduct on December 8. Ordinarily, counsel would request a continuance of this matter. However, the Government's attorneys are traveling from Washington, D.C., and have represented to this Court that time is of the essence.

Counsel therefore requests this Court appoint Aubrey Noonan as Co-Standby Counsel for Marlon Moore and allow her to stand in for Kyle Therrian during this hearing.

Respectfully Submitted,


/s/ Kyle Therrian
Kyle T. Therrian
SBN 24075150
kyle@texasdefensefirm.com
4500 Eldorado Parkway, Suite 3000
McKinney, TX 75070
t. 972 369 0577
f. 972 369 0532


## Certificate of Service

This is to certify that on December 1, 2025, I submitted the foregoing document via the U.S. Eastern District electronic filing system and served a copy on all parties entitled to notice.


/s/ Kyle Therrian
Kyle T. Therrian