UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:23-CR-243 |
| V | § | Judge Mazzant |
| | § | |
| | § | |
| LASHONDA MOORE (1) | § | |
| MARLON MOORE (2) | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES AND FOR A SPECIAL SETTING TRIAL DATE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS;

COME NOW, the Defendants LASHONDA MOORE and MARLON MOORE, by and through their undersigned attorneys, and file this, DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES AND FOR A SPECIAL SETTING TRIAL DATE and would show this Honorable Court as follows, to-wit:

**I.**

**PROCEDURAL HISTORY**

The Defendants are charged in a Nine-Count Indictment with violations of 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud), 18 U.S.C. § 1343 (Wire Fraud), and 18 U.S.C. § 1957 (Money Laundering).

On January 16, 2025, the Defendants entered a plea of guilty to Count Nine of the Indictment, Money Laundering, in violation of 18 U.S.C. § 1957.

On April 2, 2025, the Court held a Faretta hearing and granted the Defendants' request to represent themselves, and appointed standby counsel.

On September 30, 2025, the Court called the Defendants' cases for a sentencing hearing. At that time, the Court rejected the Defendants' plea agreements and set the case for trial. Trial is currently scheduled to begin on January 5, 2026.

On December 9, 2025, a Faretta/Frye hearing was held.  During the hearing, the Court determined that the Defendants would no longer be proceeding *pro se* and appointed standby counsel as counsel of record for the Defendants.

The case is set for a final pretrial conference on January 2, 2026, and trial is scheduled to commence on January 5, 2026.

**II.**

**GROUNDS FOR MOTION**

Counsel for the Defendants request a continuance of the trial and pretrial deadlines and ask that the Court specially set the final pretrial conference and trial for the week of March 16, 2026. Trial is expected to last five to seven days.

Since being appointed as standby counsel on April 2, 2025, the government has produced a substantial amount of discovery to counsel, to include 176,000 pages of written reports, text messages, bank records, and other documents.   Additionally, discovery contained over 300 video and audio recordings.   At that time, the posture of the case was that the Defendants had already entered a plea and were awaiting the preparation of the presentence report and the sentencing hearing.

The posture of the case changed significantly on September 30, 2025, when the Court rejected the Defendants' plea agreements and set the matter for trial on all nine counts in the Indictment.   In addition, over the last couple of weeks, the Government has produced a significant amount of new discovery to the defense.   On or about November 18, 2025, the Government provided Discovery Production 9, which consisted of about 900 pages of documents and almost

DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES AND FOR A SPECIAL
SETTING TRIAL DATE
Page 2

1,000 audio recordings.   Additionally, on or about December 8, 2025, the Government provided Discovery Production 10, which consists of over 2,000 pages of documents.   Further, on December 9, 2025, counsel's status was changed from standby counsel to appointed counsel, which changed the nature of counsel's investigative obligations.

In an effort to effectively prepare for trial, counsel for the Defendants require additional time to review the additional discovery, and to attempt to communicate with the Defendants so that the Defendants can assist counsel in their own defense.

This motion is not made for purposes of delay, but only in order that justice may be done. The Defendant requests that this Court make a finding that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant to a speedy trial."   18 U.S.C. § 3161(h)(7)(A).

WHEREFORE PREMISES CONSIDERED, the Defendants request that the pretrial dates be continued and the Court specially set this case for the final pretrial conference and trial the week of March 16, 2026.

Respectfully submitted,

 /s/ Michelle Allen-McCoy
Michelle Allen-McCoy
Assistant Federal Defender
Eastern District of Texas
7460 Warren Parkway, Suite 270
Frisco, Texas 75034
(469) 362-8506
FAX: (469) 362-6010

*Attorney for Defendant Lashonda Moore*

/s/ Kyle Therrian
Kyle T. Therrian
ROSENTHAL KALABUS & THERRIAN
7300 State Highway 121, Suite 400
McKinney, Texas 75070
(972) 369-0577
FAX: (972) 369-0532

*Attorney for Defendant Marlon Moore*

## CERTIFICATE OF CONFERENCE

Defense counsel contacted Assistant United States Attorneys, Theodore Kneller and Abe McGlothin, Jr, who advised that the Government is not opposed to this motion.

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-McCOY
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2025, a true and correct copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES AND FOR A SPECIAL SETTING TRIAL DATE was sent by CM/ECF to:

Theodore Kneller
Adam Stempel
1400 New York Ave. NW
Washington, DC 20005

Abe McGlothin, Jr.
Assistant U.S. Attorney
600 East Taylor
Suite 2000
Sherman, TX 75090

/s/ Michelle Allen-McCoy
MICHELLE ALLEN-McCOY
*Attorney for Defendant*