**In the United States District Court
for the Eastern District of Texas
Sherman Division**

| | |
|---|---|
| United States of America<br>v<br>Marlon Moore | No. 4:23CR243 |

**Motion to Withdraw as Counsel**

In the months preceding sentencing, the Defendant has filed several pro se motions seeking counsel's withdrawal. While counsel believes the Defendant's request is properly before this Court, Counsel files this motion in an abundance of caution and states Counsel's grounds for withdrawal. The attorney-client relationship has broken down, and counsel has been unable to communicate with the Defendant. The Defendant has been unwilling to meet with Counsel and prepare for sentencing. Counsel has filed objections to the Presentence Investigation Report and previously developed sentencing plan with the Defendant. Counsel believes he can continue to articulate the Defendant's objections as they are legal in nature and would be in the interest of any Defendant to articulate, but it is unclear what the Defendant's sentencing intentions are and what the Defendant wishes Counsel to argue on his behalf.

The Defendant has lodged complaints about counsel's representation, including matters he claims were, in substance, unethical and resulted in ineffective assistance. This claim alone is sufficient for withdrawal. The Defendant's complaints position Counsel and the Defendant as adversaries and present a conflict of interest. Even if this Court were not to take the Defendant's complaints up at sentencing, the tenor of the Defendant's filings together with the PSIR's recommended sentence foreshadow an eventual writ of habeas corpus based on ineffective assistance of counsel.

Motion to Withdraw as Counsel

1

Counsel for Marlon Moore respectfully requests this Court to order his withdrawal, consistent with this motion and the Defendant's requests.

Respectfully Submitted

**ROSENTHAL KALABUS & THERRIAN**
7300 State Highway 121, Suite 400
McKinney, TX 75070
(972) 369-0577 T
(972)(369-0532 F

By:　/S/ Kyle Therrian
　　Kyle T. Therrian
　　kyle@texasdefensefirm.com
　　SBN: 24075150

### Certificate of Conference

Defense counsel contacted Assistant United States Attorneys, Theodore Kneller, who advised that the Government does not oppose the filing of this motion but takes no position on the motions substance.

/S/ Kyle Therrian
Kyle T. Therrian

### Certificate of Service

I hereby certify that on June 9, 2026 a true and correct copy of this motion was sent by CM/ECF to:

Theodore Kneller　　　　　Abe McGlothin, Jr.
Adam Stempel　　　　　　Assistant U.S. Attorney
1400 New York Ave. NW　　600 East Taylor
Washington, DC 20005　　　Suite 2000
　　　　　　　　　　　　　Sherman, TX 75090

/S/ Kyle Therrian
Kyle T. Therrian

Motion to Withdraw as Counsel
2